**GUTRIDE SAFIER LLP**

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
anthony@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**KELLEY DRYE & WARREN LLP**

Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

*Attorneys for Defendant Crocs, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTHA VALENTINE, et. al.** | Case No. 3:22-cv-07463-TLT |
| Plaintiffs, | |
| v. | **JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS COMPLAINT [L.R. 6-2]** |
| **CROCS, INC.,** | |
| Defendant. | Hon. Trina L. Thompson |

## RECITALS

1. On or about November 23, 2022, Plaintiffs filed their Complaint. (Dkt. No. 1).

2. On December 16, 2022, Plaintiffs and Defendant Crocs, Inc. ("Crocs") filed a Joint Stipulation to extend the deadline for Crocs to file respond to the Complaint. (Dkt. No. 12). It provided that Crocs' new response deadline would be January 19, 2023, and, if it chose to file a Motion to Dismiss, Plaintiffs' Opposition brief would be due February 17, 2023 and Crocs' Reply would be due March 3, 2023. *Id*.

3. Defendant Crocs, Inc. ("Crocs") filed a Motion to Dismiss the Complaint on January 19, 2023. (Dkt. No. 14).

4. Plaintiffs need additional time to respond to the Motion to Dismiss due to a number of other pressing matters, including appellate briefing and a dispositive motion hearing.

5. The extension will not alter the date of any event or any deadline already fixed by Court order, including the hearing which is scheduled for April 25, 2023.

6. The parties accordingly agree to the following briefing schedule:

Plaintiffs' Opposition due by March 10, 2023

Defendant's Reply due by March 31, 2023

## STIPULATION

Plaintiffs and Crocs, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiffs' Opposition to the Motion to Dismiss is due March 10, 2023.

2. Defendant's Reply is due March 31, 2023.

DATED: February 8, 2022

| | |
|---|---|
| *s/Kali R. Backer* | */s/ Becca J. Wahlquist* |
| Seth A. Safier (State Bar No. 197427) | Becca J. Wahlquist (*SBN 215948*) |
| seth@gutridesafier.com | bwahlquist@kelleydrye.com |
| Marie A. McCrary (State Bar No. 262670) | KELLEY DRYE & WARREN LLP |
| marie@gutridesafier.com | 350 South Grand Avenue, Suite 3800 |
| Hayley Reynolds (State Bar No. 306427) | Los Angeles, CA 90071 |
| hayley@gutridesafier.com | Telephone:    (213) 547-4900 |
| Kali R. Backer (State Bar No. 342492) | Facsimile:    (213) 547-4901 |
| kali@gutridesafier.com | |
| 100 Pine Street, Suite 1250 | *Attorneys for Defendant Crocs, Inc.* |
| San Francisco, CA 94111 | |
| Telephone: (415) 639-9090 | |
| Facsimile:  (415) 449-6469 | |

*Attorneys for Plaintiffs*

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: February 8. 2022

                                       Respectfully submitted,

                                       */s/ Kali Backer*
                                       Kali Backer (SBN 342492)