**GUTRIDE SAFIER LLP**

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
anthony@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**KELLEY DRYE & WARREN LLP**

Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

*Attorneys for Defendant Crocs, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTHA VALENTINE, et. al.** | Case No. 3:22-cv-07463-TLT |
| Plaintiffs, | |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [L.R. 6-2]** |
| **CROCS, INC.,** | |
| Defendant. | Hon. Trina L. Thompson |

## RECITALS

1. On May 26, 2023, Plaintiffs filed their First Amended Complaint ("FAC"). (Dkt. No. 33).

2. On June 9, 2023, Defendant Crocs, Inc. ("Crocs") filed its Motion to Dismiss the FAC. (Dkt. No. 34).

3. The hearing on Crocs' Motion to Dismiss the FAC is set for September 26, 2023. (Dkt. No. 35).

4. Plaintiffs need additional time to respond to the Motion to Dismiss the FAC because undersigned counsel for Plaintiffs is currently dealing with a family medical emergency.

5. The extension will not alter the date of any event or any deadline already fixed by Court order, including the hearing on the Motion to Dismiss the FAC.

6. The parties accordingly agree to the following briefing schedule:

Plaintiffs' Opposition due by July 21, 2023;

Defendant's Reply due by August 11, 2023.

## STIPULATION

Plaintiffs and Crocs, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiffs' Opposition to the Motion to Dismiss is due July 21, 2023.

2. Defendant's Reply is due August 11, 2023.

DATED: June 13, 2023

1

CASE NO. 3:22-CV-07463-TLT
JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**Error! Unknown document property name.**

| | |
|---|---|
| *s/Kali R. Backer* | */s/ Becca J. Wahlquist* |
| Seth A. Safier (State Bar No. 197427) | Becca J. Wahlquist (*SBN 215948*) |
| seth@gutridesafier.com | bwahlquist@kelleydrye.com |
| Marie A. McCrary (State Bar No. 262670) | KELLEY DRYE & WARREN LLP |
| marie@gutridesafier.com | 350 South Grand Avenue, Suite 3800 |
| Hayley Reynolds (State Bar No. 306427) | Los Angeles, CA 90071 |
| hayley@gutridesafier.com | Telephone:   (213) 547-4900 |
| Kali R. Backer (State Bar No. 342492) | Facsimile:   (213) 547-4901 |
| kali@gutridesafier.com | |
| 100 Pine Street, Suite 1250 | *Attorneys for Defendant Crocs, Inc.* |
| San Francisco, CA 94111 | |
| Telephone: (415) 639-9090 | |
| Facsimile:  (415) 449-6469 | |

*Attorneys for Plaintiffs*

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: June 13, 2023

                                          Respectfully submitted,

                                          */s/ Kali Backer*
                                          Kali Backer (SBN 342492)

Error! Unknown document property name.