**GUTRIDE SAFIER LLP**

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
anthony@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**KELLEY DRYE & WARREN LLP**

Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

*Attorneys for Defendant Crocs, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARTHA VALENTINE, et. al.**<br><br>Plaintiffs,<br><br>v.<br><br>**CROCS, INC.,**<br><br>Defendant. | Case No. 3:22-cv-07463-TLT-PHK<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. NO. 53**<br><br>Hon. Peter H. Kang |

1  Counsel for Plaintiffs Martha Valentine, Ruby Cornejo, and Tiffany Avino ("Plaintiffs")
2  and counsel for Defendant Crocs, Inc. ("Crocs") (collectively, the "Parties") submit this Joint
3  Status Report pursuant to Dkt. No. 53 regarding their discussions regarding Interrogatory Number
4  10.
5  The Parties have agreed that Crocs will provide all advertisements posted in its Ontario,
6  California store and will provide any information it can gather regarding the time frames those ads
7  were physically posted at the Ontario store. Crocs has also agreed to provide exemplar product
8  pages for the Classic Clog and Classic Bae products on Crocs' website from throughout the class
9  period.
10  Plaintiffs have requested that Crocs also agree to state in its interrogatory response that: (1)
11  the same advertisements that appeared in the Ontario, California store appeared across all stores in
12  the United States during the same time frames in which those advertisements appeared in the
13  Ontario, California store, and (2) whether Crocs requires authorized retailer websites to post the
14  same language that appeared on the Crocs website on authorized retailer product webpages.
15  The parties have agreed to continue to meet and confer on these two remaining issues and
16  do not at this time anticipate needing further assistance on this issue.

DATED: November 13, 2023

| s/Kali R. Backer | /s/ Becca J. Wahlquist |
|---|---|
| Seth A. Safier (State Bar No. 197427)<br>seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>marie@gutridesafier.com<br>Hayley Reynolds (State Bar No. 306427)<br>hayley@gutridesafier.com<br>Kali R. Backer (State Bar No. 342492)<br>kali@gutridesafier.com<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469<br><br>*Attorneys for Plaintiffs* | Becca J. Wahlquist (*SBN 215948*)<br>bwahlquist@kelleydrye.com<br>KELLEY DRYE & WARREN LLP<br>350 South Grand Avenue, Suite 3800<br>Los Angeles, CA 90071<br>Telephone:    (213) 547-4900<br>Facsimile:    (213) 547-4901<br><br>*Attorneys for Defendant Crocs, Inc.* |

## ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: November 13. 2023

Respectfully submitted,

*/s/ Becca Wahlquist*
Becca Wahlquist (SBN 215948)