**GUTRIDE SAFIER LLP**

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
anthony@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**KELLEY DRYE & WARREN LLP**

Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

*Attorneys for Defendant Crocs, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARTHA VALENTINE, et. al.**<br><br>Plaintiffs,<br><br>v.<br><br>**CROCS, INC.,**<br><br>Defendant. | Case No. 3:22-cv-07463-TLT-PHK<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. NO. 53**<br><br>Hon. Peter H. Kang |

Counsel for Plaintiffs Martha Valentine, Ruby Cornejo, and Tiffany Avino ("Plaintiffs") and counsel for Defendant Crocs, Inc. ("Crocs") (collectively, the "Parties") submit this Joint Status Report pursuant to Dkt. No. 53 regarding scheduling the 30(b)(6) depositions.

The Parties had a Case Management Conference with Judge Thompson on Thursday, December 14, 2023, during which the Parties discussed their renewed request for a 90-day extension of all deadlines. *See* Dkt. 55 (Joint Case Management Statement, describing the need for extension). Judge Thompson indicated at the hearing that she would likely grant that request.

On December 15, 2023, Judge Thompson issued a minute order granting the discovery deadline extension. That order read as follows:

> **ORDER GRANTING DISCOVERY DEADLINE EXTENSION. The parties requested a 90-day extension to the discovery deadlines. The Court GRANTS the extension. The deadline for fact discovery has been extended from August 6, 2024 to November 5, 2024. Likewise, the extension for expert discovery is extended from September 30, 2024 to December 30, 2024.**

Because the Order did not specifically mention the extension of the timeframe for class discovery (currently set to have a January 24 cut-off), the Parties wrote to the Court asking for clarification that the 90-day extension applies to all discovery. As of the time of this filing, the Parties have not received a reply.

The parties have agreed that if class discovery is extended, Rule 30(b)(6) depositions will take place in February 2024, on specific dates to be agreed to by the Parties at least by January 8, 2024.

The parties have agreed that if class discovery is not extended, the 30(b)(6) depositions will take place on January 11 and January 16-19, 2024. Crocs has already provided its grouping of topics for the five planned 30(b)(6) witnesses, and will identify which witness will be offered on which day no later than December 22, 2024, if class discovery is not extended.

DATED: December 18, 2023

| | |
|---|---|
| *s/Kali R. Backer* | */s/ Becca J. Wahlquist* |
| Seth A. Safier (State Bar No. 197427) | Becca J. Wahlquist (*SBN 215948*) |
| seth@gutridesafier.com | bwahlquist@kelleydrye.com |
| Marie A. McCrary (State Bar No. 262670) | KELLEY DRYE & WARREN LLP |
| marie@gutridesafier.com | 350 South Grand Avenue, Suite 3800 |
| Hayley Reynolds (State Bar No. 306427) | Los Angeles, CA 90071 |
| hayley@gutridesafier.com | Telephone: (213) 547-4900 |
| Kali R. Backer (State Bar No. 342492) | Facsimile: (213) 547-4901 |
| kali@gutridesafier.com | |
| GUTRIDE SAFIER LLP | *Attorneys for Defendant Crocs, Inc.* |
| 100 Pine Street, Suite 1250 | |
| San Francisco, CA 94111 | |
| Telephone: (415) 639-9090 | |
| Facsimile: (415) 449-6469 | |

*Attorneys for Plaintiffs*

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: December 18. 2023

Respectfully submitted,

*/s/ Becca Wahlquist*
Becca Wahlquist (SBN 215948)