**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
  anthony@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Patrick J. Branson (*pro hac vice*)
  patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VALENTINE, RUBY CORNEJO, and TIFFANY AVINO, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>CROCS, INC.,<br><br>            Defendant. | Case No. 3:22-cv-07463-TLT-PHK<br><br>**STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7.3(d)(2)** |

Pursuant to Local Rule 7.3(d)(2), and in support of their Motion for Class Certification (ECF 95) ("Motion"), Plaintiffs respectfully submit the following opinion published after Plaintiffs' Reply in support of their Motion for Class Certification was filed with the Court: *Swartz v. Dave's Killer Bread, Inc. et al.*, No. 4:21-cv-10053-YGR (N.D. Cal. Sept. 20, 2024). (A copy of the opinion is attached hereto as Exhibit A.)

Dated: September 21, 2024

**GUTRIDE SAFIER LLP**

*s/ Kali R. Backer*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
  anthony@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Patrick J. Branson (*pro hac vice*)
  patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*