FILED

JAN 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUBY CORNEJO and TIFFANY AVINO, | No. 24-6645 |
| Plaintiffs - Petitioners, | D.C. No. 22-cv-07463 |
| v. | Northern District of California, San Francisco |
| CROCS, INC., | ORDER |
| Defendant - Respondent. | |

Before: PAEZ and MILLER, Circuit Judges.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).