UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VALENTINE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CROCS, INC.,<br><br>        Defendant. | Case No. 22-cv-07463-TLT<br><br>**JUDGMENT AS TO PLAINTIFF TIFFANY AVINO**<br><br>Re: Dkt. No. 150 |

On October 16, 2024, the Court denied Plaintiffs' motion for class certification. ECF 150. The Court found that Plaintiff Tiffany Avino lacked standing to pursue her claims. *Id.* at 6–10. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant Crocs, Inc., and against Plaintiff Tiffany Avino.

The matter shall proceed with Plaintiff Ruby Cornejo and Defendant Crocs, Inc.

**IT IS SO ORDERED.**

Dated: February 13, 2025

TRINA L. THOMPSON
United States District Judge