**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
  tony@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 639-9090
Facsimile:  (415) 449-6469

Patrick J. Branson (*pro hac vice*)
  patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone:  (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VALENTINE, et al., | Case No. 3:22-cv-07463-TLT |
| Plaintiffs, | PLAINTIFF TIFFANY AVINO'S NOTICE OF APPEAL |
| v. | |
| CROCS, INC., | |
| Defendant. | |

1

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

2

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 2107(a), Plaintiff

3

Tiffany Avino appeals to the United States Court of Appeals for the Ninth Circuit from this Court's

4

Order Denying Motion to Certify Class and Denying Related Daubert Motion (Dkt. No. 150) filed

5

on October 16, 2024 and Clerk's Judgment (Dkt. No. 175) filed on February 14, 2025.

6

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule

7

3-2(b), a Representation Statement is appended hereto.

8

Respectfully submitted this 3rd day of March, 2025.

9

**GUTRIDE SAFIER LLP**

10

*/s/ Seth A. Safier /s/*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com

11

Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com

12

Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com

13

Anthony J. Patek (State Bar No. 228964)
  anthony@gutridesafier.com

14

100 Pine Street, Suite 1250
San Francisco, CA 94111

15

Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

16

17

*Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

## <u>REPRESENTATION STATEMENT</u>

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), the following list represents all parties to the action and, upon information and belief, their respective counsel by name, address, telephonic number, and email address.

| Party | Counsel of Record |
|---|---|
| Plaintiff-Appellant<br>Tiffany Avino | **GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>  seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>  marie@gutridesafier.com<br>Kali R. Backer (State Bar No. 342492)<br>  kali@gutridesafier.com<br>Anthony J. Patek (State Bar No. 228964)<br>  anthony@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469<br><br>**GUTRIDE SAFIER LLP**<br>Patrick J. Branson (*pro hac vice*)<br>patrick@gutridesafier.com<br>305 Broadway, 7th Floor<br>New York, NY 10007<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469 |
| Defendant-Appellee<br>Crocs, Inc. | **KELLEY DRYE & WARREN LLP**<br>Becca Wahlquist (State Bar No. 215948)<br>  BWahlquist@kelleydrye.com<br>Ruth M. Kwon (State Bar No. 334076)<br>  RKwon@kelleydrye.com<br>350 South Grand Avenue, Suite 3800<br>Los Angeles, CA 90071<br>Telephone: (213) 547-4900<br>Facsimile: (213) 547-4901<br><br>**KELLEY DRYE & WARREN LLP**<br>Jonathan Cooperman (admitted *pro hac vice*)<br>  JCooperman@kelleydrye.com<br>Caitlin R. Hickey (admitted *pro hac vice*)<br>  CHickey@Kelleydrye.com<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897 |

Respectfully submitted this 3rd day of March, 2025.

GUTRIDE SAFIER LLP

*/s/ Seth A. Safier /s/*
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
 marie@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
 kali@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
 anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Patrick J. Branson (*pro hac vice*)
 patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: March 3, 2025

GUTRIDE SAFIER LLP

*/s/ Seth A. Safier /s/*
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
 marie@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
 kali@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
 anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Patrick J. Branson (*pro hac vice*)
  patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*