UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA VALENTINE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CROCS, INC.,<br><br>    Defendant. | Case No. 22-cv-07463-TLT<br><br>**JUDGMENT**<br><br>Re: ECF 197 |

On May 19, 2025, the Court granted Defendant's motion for summary judgment. ECF 197. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 22, 2025

_____
TRINA L. THOMPSON
United States District Judge